

Sign Up

### 111 Hamlet Hill Rd #1011
Baltimore, MD 21210

| $104,900 | 1 | 1.5 | 973 Sq. Ft. |
|---|---|---|---|
| Listed at Price | Bed | Baths | $108 / Sq. Ft. |
| Redfin Estimate: $101,356 | On Redfin: 83 days | | |
| Status: Pending | | | |



PENDING

Street View

**Sale Pending**

The seller has accepted an offer, and the property is now pending or under contract.

Beautiful 1 bed, 1.5 half bath with den condo available at the Cross Keys Community of Baltimore City. Parquet floors in main living area. Large windows in the living room and master bedroom make this cozy condo bright and airy. Den can be used as extra living space, office

Continue reading

| | |
|---|---|
| HOA Dues | $525/month |
| Style | Contemporary |
| Community | CROSS KEYS |
| County | Baltimore City |
| MLS# | MDBA477810 |
| Building | 111 Hamlet Hill Road |



Directions



Listed by Michael Schiff • Keller Williams Legacy
Listed by Scott Roof • Keller Williams Legacy

Redfin last checked: 6 minutes ago | Last updated Oct 4, 2019• Source: BRIGHT MLS

## Payment Calculator

# $1,175 per month

30 Year Fixed, 3.720% Interest

30 Year Fixed, 3.720% interest

Customize calculations

- Principal and Interest
- Property Taxes
- HOA Dues
- Homeowners' Insurance

Home Price

$104,900

Down Payment

| $20,980 | 20% |

Today's rates for this home 30 Year Fixed, 740+ Credit Score ⌃

○ Searching for mortgage offers.

View all rates                                                                 Ads

## Nearby Similar Homes

# Property Details for 111 Hamlet Hill Rd Apt 1011

## Interior Features

### Bedroom Information
- # of Bedrooms On Main Level: 1

### Bathroom Information
- # of Bathrooms (Half) On Main Level: 1
- # of Bathrooms (Full) On Main Level: 1
- # of Bathrooms (Half): 1
- # of Bathrooms (Full): 1

### Interior Information
- Appliances: Built-In Microwave, Icemaker, Oven/Range - Electric, Oven - Self Cleaning, Refrigerator, Washer/Dryer Stacked
- Flooring Type: Tile/Brick, Wood
- Living Area Sq.Ft. Source: Assessor

### Room Information
- Living Room, Master Bedroom, Kitchen, Den, Foyer
- Laundry Type: Has Laundry

## Parking / Garage, Homeowners Association, School / Neighborhood, Utilities

### Parking Information
- Assigned
- Parking Lot

### Homeowners Association Information
- Condo/Coop Fee: $525
- Condo/Coop Fee Frequency: Monthly
- HOA/Condo/Coop Fee Includes: Air Conditioning, Common Area Maintenance, Custodial Services Maintenance, Ext Bldg Maint, Gas, Heat, Insurance, Lawn Maintenance, Management, Pool(s), Security Gate, Sewer, Snow Removal, Trash, Water
- HOA/Condo/Coop Amenities: Club House, Common Grounds, Elevator, Pool - Outdoor, Tennis Courts

### School Information
- School District Name: BALTIMORE CITY PUBLIC SCHOOLS
- School District Source: Listing Agent

## Utilities Information

- Central Air
- Cooling Type: Central A/C
- Cooling Fuel: Electric
- 100 Amp Service
- Forced Air
- Heating Fuel: Electric
- Hot Water: Electric
- Sewer Septic: Public Sewer
- Water Source: Public

## Taxes / Assessments

### Tax Information

- City/Town Tax: $2,697
- County Tax: $134
- Tax Assessed Value: $125,400
- Tax Year: 2018
- Tax Annual Amount: $2,832

### Assessments Information

- Year Assessed: 2019

## Property / Lot Details

### Property Information

- Property Manager Present
- Total Below Grade Sq. Ft.: 0
- Improvement Assessed Value: $102,200
- Ownership Interest: Condominium
- Year Built Source: Public Records

### Building Information

- Unit Building Type: Hi-Rise 9+ Floors
- # of Units (Total): 1
- Construction Materials: Brick
- Other Structures: Above Grade, Below Grade
- Roof: Unknown

- Structure Type: Unit/Flat

## Pool Information

- Community Pool

## Lot Information

- Tidal Water: No

## Land Information

- Land Assessed Value: $34,000

## Above Grade Information

- Finished Sq.Ft.: 973
- Finished Sq.Ft. Source: Assessor

## Below Grade Information

- Unfinished Sq.Ft. Source: Assessor
- Finished Sq.Ft. Source: Assessor

# Location Details

## Location Information

- In City Limits
- Directions: Falls Road to Cross Keys Gatehouse. Turn right on Cross Keys Road, left on Hamlet Hill Road to end. Guest parking at building, check in at front desk.

Details provided by BRIGHT MLS and may not match the public record. Learn more.

# Property History for 111 Hamlet Hill Rd Apt 1011

| Date | Event & Source | Price |
|---|---|---|
| Oct 2, 2019 | Pending | — |
| Aug 14, 2019 | Relisted (Active) | — |
| Aug 11, 2019 | Pending | — |

See all property history ⌄

** Price available after signing in.

# Schools

| Serving This Home | Elementary | Middle | High |

| School Name | Distance |
|---|---|
| **Roland Park Elementary/middle School**<br>Public · K to 8 · Serves this home<br>GreatSchools Rating: 8/10<br>Parent Rating: ★★★★☆ | 0.7 mi |
| **Stadium School**<br>Public · 6 to 8 · Serves this home<br>GreatSchools Rating: 3/10<br>Parent Rating: ★★★★☆ | 3.4 mi |
| **Forest Park High School**<br>Public · 9 to 12 · Serves this home<br>GreatSchools Rating: 2/10<br>Parent Rating: ★★★★☆ | 2.8 mi |
| **Frederick Douglass High School**<br>Public · 9 to 12 · Serves this home<br>GreatSchools Rating: 1/10<br>Parent Rating: ★★★☆☆ | 2.9 mi |
| **Northwestern High School**<br>Public · 9 to 12 · Serves this home<br>GreatSchools Rating: 1/10<br>Parent Rating: ★★★★☆ | 3.1 mi |

Only showing 5 of 14 schools serving this home.

School data provided by GreatSchools. School service boundaries are intended to be used as reference only. To verify enrollment eligibility for a property, contact the school directly.

## Redfin Tour Insights for 111 Hamlet Hill Rd #1011

We haven't left any insights about this home yet, but as soon as we do, we'll leave our thoughts here

## About the Building

### 111 Hamlet Hill Road
4 For Sale · 14 Stories

Case 18-26312   Doc 59-1   Filed 10/16/19   Page 8 of 20



See photos & sale trends

Photo via 111 Hamlet Hill Rd #306

## Units For Sale

| Unit | Price | Beds | Baths | Sq. Ft. |
| --- | --- | --- | --- | --- |
| 504 | $325,000 | 2 beds | 2 baths | 1704 sq. f |
| 1413 | $325,000 | 2 beds | 2.5 baths | 1844 sq. f |
| 306 | $377,500 | 3 beds | 2 baths | 1796 sq. f |
| 1401 | $599,900 | 3 beds | 2.5 baths | 2078 sq. f |

## Activity for 111 Hamlet Hill Rd #1011

| 821 Views | 12 Favorites | 3 X-Outs | 0 Redfin Tours |
| --- | --- | --- | --- |

## Public Facts for 111 Hamlet Hill Rd Apt 1011

**Taxable Value**

| Land | $30,000 |
| --- | --- |
| Additions | $90,000 |
| Total | $120,000 |

**Tax Record**

| 2019 | $2,60 |
| --- | --- |

## Home Facts

| | |
|---|---|
| Beds | |
| Baths | |
| Finished Sq. Ft. | |
| Unfinished Sq. Ft. | |
| Total Sq. Ft. | |
| Stories | |
| Lot Size | |
| Style | Condo/Co |
| Year Built | |
| Year Renovated | |
| County | Baltimore |
| APN | 27 164778E |

Home facts updated by county records on Aug 14, 2019.

## Redfin Estimate for 111 Hamlet Hill Rd #1011

### $101,356

**−$3,544** under list price of $105K

Redfin Estimate based on recent home sales. View estimate history.

| SOLD AUG 30, 2019  | SOLD AUG 23, 2019  |
|---|---|
| $114,000 | $131,900 |
| 111 Hamlet Hill Rd #609 | 200 Cross Keys Rd Unit R... |
| Baltimore, MD 21210 | Baltimore, MD 21210 |
| 1 Bed · 1 Baths · 790 Sq. Ft. | 1 Bed · 1 Baths · 955 Sq. Ft. |

Track this home's value and get nearby sales activity  **Claim This Home**

# Neighborhood Info for 111 Hamlet Hill Rd #1011

Maryland > Baltimore > Cross Keys

## Transportation in Cross Keys

**48** /100  
Car-Dependent

**47** /100  
Some Transit

**36** /100  
Somewhat Bikeable

This area is **car dependent** — most errands require a car. **Transit is available**, with a few nearby public transportation options. There is **a minimal amount of infrastructure for biking**.

## Cross Keys Real Estate Sales (Last 30 days)

| | | | |
|---|---|---|---|
| Median List Price | — | Avg. # Offers | — |
| Median $ / Sq. Ft. | — | Avg. Down Payment | — |
| Median Sale / List | — | # Sold Homes | — |

## Market Competition in Cross Keys
Calculated over the last 9 months

**30** Somewhat Competitive  
Redfin Compete Score™

0

- Some homes get multiple offers.
- Homes sell for about 5% below list price and go pending in around 73 days.
- Hot Homes can sell for around list price and go pending in around 22 days.

### $/Sq. Ft. Condos in Cross Keys

## Nearby Similar Homes

Homes similar to 111 Hamlet Hill Rd #1011 are listed between $59K to $1,800K at an average of $170 per square foot.

### $59,000

1 Bed   1 Bath   1,000 Sq. Ft.

501 W University Pkwy Unit 5B, Baltimore, MD 21210

Case 18-26312    Doc 39-1    Filed 10/16/19    Page 12 of 20

**$73,000**

1 Bed   1 Bath   566 Sq. Ft.

4408 Falls Bridge Dr Unit G, Baltimore, MD 21211

NEW 27 HOURS AGO

Case 18-26312    Doc 39-1    Filed 10/16/19    Page 13 of 20

## $134,900

2 Beds   1.5 Baths   1,209 Sq. Ft.

221 Ridgemede Rd #102, Baltimore, MD 21210

## $120,000

2 Beds   1 Bath   800 Sq. Ft.

501 W University Pkwy Unit J-1, Baltimore, MD 21210

**HOT HOME**

## $215,000

2 Beds   2 Baths   1,429 Sq. Ft.

6 Tyler Falls Ct Unit A, Baltimore, MD 21209

## $599,900

3 Beds   2.5 Baths   2,078 Sq. Ft.

111 Hamlet Hill Rd #1401, Baltimore, MD 21210

## Nearby Recently Sold Homes

Nearby homes similar to 111 Hamlet Hill Rd #1011 have recently sold between $98K to $299K at an average of $130 per square fo

SOLD JUN 21, 2019

### $124,900

— Beds   — Baths   1,061 Sq. Ft.

365 Homeland Southway Unit 3B, Baltimore, MD 21212

SOLD JUN 13, 2019

**$150,000** Last Sold Price

2 Beds   2 Baths   1,157 Sq. Ft.

15 Cross Keys Rd Unit E, Baltimore, MD 21210

SOLD APR 30, 2019

**$98,000** Last Sold Price

2 Beds   1.5 Baths   1,043 Sq. Ft.

Case 18-26312 Doc 39-1 Filed 10/16/19 Page 17 of 20

355 Homeland Southway Unit 3B, Baltimore, MD 21212

**SOLD OCT 11, 2019**

**$299,000** Last Sold Price

2 Beds   2 Baths   1,796 Sq. Ft.

111 Hamlet Hill Rd #706, Baltimore, MD 21210

**SOLD AUG 29, 2019**

**$150,000**

— Beds   — Baths   1,157 Sq. Ft.

4 Cross Keys Rd Unit 4D, Baltimore, MD 21210

SOLD AUG 12, 2019

**$115,000**

— Beds   — Baths   860 Sq. Ft.

4000 N Charles St #303, Baltimore, MD 21218

# More Real Estate Resources

## New Listings in 21210

4202 Roland Ave #207
221 Ridgemede Rd #102
30 Bouton Green Ct
202 Hawthorn Rd
34 Palmer Green Ct
5203 Falls Rd #15
Show More

## Zip Codes

21223
21211
21217
21218
21202

## Neighborhoods

Patterson Park
Riverside
Mount Vernon
Fells Point
Butchers Hill
Federal Hill-Montgomery
Show More

## Nearby Cities

Pasadena
Severna Park
Takoma Park
Ellicott City
Greenbelt
Columbia
Show More

## Popular Searches

Baltimore Open Houses
Baltimore Condos
Baltimore Cheap Homes
Baltimore New Listings
Baltimore Waterfront

[Baltimore Vintage](#)
Show More ⌄

111 Hamlet Hill Rd #1011 is a condo in Baltimore, MD 21210. This 973 square foot condo features 1 bedroom and 1.5 bathrooms. This condo has been listed on Redfin since July 25, 2019 and is currently priced at $104,900. This property last sold on November 26, 2014 for $130,000. Based on Redfin's Baltimore data, we estimate the home's value is $101,356, which is 3.4% less than its current list price. Comparable nearby homes include [111 Hamlet Hill Rd #609](#), [200 Cross Keys Rd Unit R44](#), and [113 Cross Keys Rd Unit R113F](#). Nearby schools include Roland Park Country School, Western High School and Roland Park Elementary/middle School. The closest grocery stores are Eddie's of Roland Park, Whole Foods and Super Fresh. Nearby coffee shops include Starbucks, Starbucks and Miss Shirley's Cafe, Roland Park. Nearby restaurants include Village Square Cafe, Scoozi and Donnas Coffee Bar & Cafe- Village Sq. 111 Hamlet Hill Rd #1011 is near Cylburn Arboretum, St. Mary's Seminary and University and Medfield Heights Park. This address can also be written as 111 Hamlet Hill Road Apartment 1011, Baltimore, Maryland 21210.

| | |
|---|---|
| About | Jobs |
| Press | Mobile |
| Investor Relations | Contact Us |
| Blog | Help |

Countries

United States

[Canada](#)

Updated January 2019: By searching, you agree to the Terms of Use, and Privacy Policy.

Copyright: © 2019 Redfin. All rights reserved. Patent pending.

California BRE #01521930

TREC: Info About Brokerage Services, Consumer Protection Notice

If you are using a screen reader, or having trouble reading this website, please call Redfin Customer Support for help at 1-844-759-7732.

GreatSchools Ratings provided by [GreatSchools.org](#).