

OMB Approval No. 2502-0265

# A. Settlement Statement (HUD-1)

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins<br>4. ☐ VA   5. ☐ Conv. Ins. | 6. File Number<br>191131 | 7. Loan Number: | 8. Mortgage Insurance Case Number: | |

C. Note: This form is formatted to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower:<br>Aruna Rao<br><br>111 Hamlet Hill Road, #1011<br>Baltimore, MD 21210 | E. Name & Address of Seller:<br>Joann D. Sachs<br><br>111 Hamlet Hill Road, #1011<br>Baltimore, MD 21210 | F. Name & Address of Lender:<br>Cash |
|---|---|---|
| G. Property Location:<br>111 Hamlet Hill Road, #1011<br>Baltimore, MD 21210 | H. Settlement Agent:<br>Omni Land Settlement Corporation<br>9603 Deereco Road, Suite 300<br>Timonium, Maryland 21093 | I. Settlement Date:<br><br>10/30/2019 |
|  | Place of Settlement:<br>9603 Deereco Road, Suite 300<br>Timonium, Maryland 21093 | Disbursement Date:<br><br>10/30/2019 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 100,000.00 | 401. Contract sales price | 100,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to Borrower(s) (line 1400) | 2,540.00 | 403. | |
| 104. Total From Schedule A | | 404. | |
| 105. Payoff to | | 405. | |
| 106. Payoff to | | 406. | |
| 107. | | 407. | |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **Adjustments for items paid by Seller in advance** | | **Adjustments for items paid by Seller in advance** | |
| 113. City/Town Taxes | | 413. City/Town Taxes | |
| 114. County Taxes 10-30-19 to 6-30-20 | 1,800.39 | 414. County Taxes 10-30-19 to 6-30-20 | 1,800.39 |
| 115. School Taxes | | 415. School Taxes | |
| 116. Assessments | | 416. Assessments | |
| 117. Water | | 417. Water | |
| 118. Homeowner's Association Dues | | 418. Homeowner's Association Dues | |
| 119. | | 419. | |
| **120. Gross Amount Due from Borrower** | 104,340.39 | **420. Gross Amount Due to Seller** | 101,800.39 |
| **200. Amount Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to Seller (line 1400) | 10,599.41 |
| 203. | | 503. Seller Assist | |
| 204. | | 504. Payoff Request /Delivery and Release<br>    Request/ Procurement, Jdg. Reports to OLS | 195.00 |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. Deposit or earnest money | |
| 209. | | 509. | |
| **Adjustments for items unpaid by Seller** | | **Adjustments for items unpaid by Seller** | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. School Taxes | | 512. School Taxes | |
| 213. Assessments | | 513. Assessments | |
| 214. Water | | 514. Water | |
| 215. Homeowner's Association Dues | | 515. Homeowner's Association Dues | |
| 216. | | 516. | |
| **220. Total Paid by/for Buyer** | | **520. Total Reduction Amount due Seller** | 10,794.41 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from Borrower (line 120) | 104,340.39 | 601. Gross amount due to Seller (line 420) | 101,800.39 |
| 302. Less amount paid by/for Borrower (line 220) | 0.00 | 602. Less reduction amount due Seller (line 520) | 10,794.41 |
| 303. Cash   ☑ From   ☐ To Borrower | 104,340.39 | 603. Cash   ☑ To   ☐ From Seller | 91,005.98 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a current valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

| L.  Settlement Charges | | | |
|---|---|---|---|
| **700.  Total Real Estate Broker Fees** | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| Division of commission (line 700) as follows: | | | |
| 701. $ 2,500.00 to Monumental Realty | | | |
| 702. $ 3,500.00 to Keller Williams Legacy | | | |
| 703. Commission paid at settlement | | | 6,000.00 |
| 704. Admin Fee to Keller Williams Legacy | | | 395.00 |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | $ (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE A) | | |
| 804. Appraisal fee           to | (from GFE #3) | | |
| 805. Credit report           to | (from GFE #3) | | |
| 806. Tax service             to | (from GFE #3) | | |
| 807. Flood certification     to | (from GFE #3) | | |
| 808.                         to | | | |
| 809.                         to | | | |
| 810.                         to | | | |
| 811.                         to | | | |
| 812.                         to | | | |
| 813. | | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | |
| 901. Daily interest charges from 10/30/19  to            days @           /day  (from GFE #10) | | | |
| 902. Mortgage insurance premium       for       months to            (from GFE #3) | | | |
| 903. Homeowner's insurance   for  1  year   to            (from GFE #11) | | | |
| 903. Flood Insurance         for  1  year   to | | | |
| 903. MIP Refund                             to | | | |
| 903. | | | |
| **1000.  Reserves Deposited with Lender** | | | |
| 1001.  Initial Deposit for your escrow account | (from GFE #9) | | |
| 1002.  Homeowner's insurance    months @ $       per month   $ | | | |
| 1003.  Mortgage insurance       months @ $       per month   $ | | | |
| 1004.  City property taxes      months @ $       per month   $ | | | |
| 1005.  County property taxes    months @ $       per month   $ | | | |
| 1006.  School property taxes    months @ $       per month   $ | | | |
| 1007.                           months @ $       per month   $ | | | |
| 1008.                           months @ $       per month   $ | | | |
| 1009.  Aggregate Adjustment                                    $ | | | |
| **1100.  Title Charges** | | | |
| 1101.  Title services and lenders title insurance | (from GFE #4) | 980.00 | |
| 1102.  Settlement or Closing fee           $ | | | |
| 1103.  Owner's title insurance | (from GFE #5) | | |
| 1104.  Lender's title insurance to  Old Republic National Title Insurance           $ | | | |
| 1105.  Lender's title policy limit $ | | | |
| 1106.  Owner's title policy limit $    100,000.00 | | | |
| 1107.  Agent's portion is     $           of the total title insurance premium | | | |
| 1108.  Underwriter's portion is  $           of the total title insurance premium | | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | | | |
| 1112. | | | |
| **1200.  Government Recording and Transfer Charges** | | | |
| 1201.  Government recording charges | (from GFE #7) | 60.00 | |
| 1202.  Deed  $ 60.00          Mortgage   $           Releases $ | | | |
|         POA   $           Subordination $           $ | | | |
| 1203.  Transfer taxes | (from GFE #8) | 1,500.00 | 1,500.00 |
| 1204.  City/County Tax/Doc Stamps     Deed $  1,000.00      Mortgage $ | | | |
| 1205.  State Transfer Tax             Deed $    500.00      Mortgage $ | | | |
| 1206.  County Transfer Tax            Deed $  1,500.00      Mortgage $ | | | |
| 1207.  Intangible Tax                 Deed $               Mortgage $ | | | |
| 1208.  Grantor Tax                    Deed $               Mortgage $ | | | |
| 1209.                                 Deed $               Mortgage $ | | | |
| **1300.  Additional Settlement Charges** | | | |
| 1301.  Required services that you can shop for | (from GFE #6) | | |
| 1302.                                                         $ | | | |
| 1303.                                                         $ | | | |
| 1304.                                                         $ | | | |
| 1305.                                                         $ | | | |
| 1306.                                                         $ | | | |
| 1307.                                                         $ | | | |
| 1308.                                                         $ | | | |
| 1309.                                                         $ | | | |
| 1310.                                                         $ | | | |
| 1311.                                                         $ | | | |
| 1312.  2019-2020 Annual Real Estate taxes                     $ | | | 2,704.41 |
| **1400.  TOTAL SETTLEMENT CHARGES   (enter on lines 103 and 502, sections J and K)** | | 2,540.00 | 10,599.41 |