IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:                                                                      CASE NO:  18-22792

        Rabindra Kooma

                                                        CHAPTER 13

        Debtor,

_____

## NOTICE OF MOTION TO SELL
## AND SETTING DEADLINE TO AMEND FILED PROOFS OF CLAIMS

      Please take notice that on October 15, 2019, Joann Sachs (the "Debtor"), by and through counsel, filed a Motion to Sell Property Located 11 Hamlet Hill Road Unit #1011 Baltimore, MD 21210, Free and Clear of Liens, Claims and Encumbrances (the "Motion").

      A HEARING WILL BE CONDUCTED ON THE MOTION ON November 20, 2019 AT 10:00am A.M. IN COURTROOM 1-B OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, 101 W. LOMBARD ST., BALTIMORE, MARYLAND. IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY STATING YOUR OBJECTION AND ALL FACTS AND LAW YOU BELIEVE SUPPORT YOUR OBJECTION. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN **November 5, 2019**. IN ADDITION TO FILING YOUR RESPONSE WITH THE CLERK, YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THIS PLEADING AND ON THE PARTIES ON THE SERVICE LIST. ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THE MOTION AS UNOPPOSED AND GRANT THE RELIEF REQUESTED WITH OR WITHOUT A HEARING.

Persons having questions or requiring additional information may contact the undersigned.

**THE COYLE LAW GROUP, LLC**
/s/ Michael P. Coyle
The Coyle Law Group, LLC
7061 Deepage Drive Suite 101B
Columbia, MD 21045

443-545-1215
mcoyle@thecoylelawgroup.com