**IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 18-26312 |
| Joann Denise Sachs | * | |
| | * | CHAPTER 13 |
| Debtor, | * | |
| | * | |

**ORDER AUTHORIZING DEBTOR
TO SELL PROPERTY LOCATED AT
11 HAMLET HILL ROAD UNIT #1011 BALTIMORE, MD 21210
FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

Upon consideration of the Motion (the "Motion") to Sell Property Located 11 Hamlet Hill Road Unit #1011 Baltimore, MD 21210 (the "Property"), Free and Clear of Liens, Claims and Encumbrances filed by Joann Sachs (the "Debtor"), and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion having been given as set forth therein; and it appearing that no other or further notice of the Motion need be given, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that pursuant to § 363(b) and (f)(3) of the Bankruptcy Code, the Debtor is authorized to sell the real property located at 11 Hamlet Hill Road Unit #1011 Baltimore, MD 21210, free and clear of any liens, claims and encumbrances; and it is further,

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

cc:
Michael P. Coyle, Debtor's Counsel
Robert Thomas, Chapter 13 Trustee
Debtor
All Interested Parties

**END OF ORDER**